Submitted on remand December 30, 2019, reversed and remanded March 4, 2020

In the Matter of the Compensation of
Jeremy R. Schaffer, Claimant.

Jeremy R. SCHAFFER,
*Petitioner,*

*v.*

SAIF CORPORATION
and LA Logging, Inc.,
*Respondents.*

Workers' Compensation Board
1201389; A153630

458 P3d 732

On remand from the Oregon Supreme Court, *Schaffer v. SAIF*, 365 Or 769, 453 P3d 554 (2019).

Allison B. Lesh and Moore, Jensen & Lesh filed the opening brief for petitioner. On the reply brief were Christopher D. Moore and Moore & Jensen.

Holly C. O'Dell filed the brief for respondents.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reversed and remanded. *Garcia-Solis v. Farmers Ins. Co.*, 365 Or 26, 441 P3d 573 (2019).